OZRO G. SHERMAN and Another v. WINONA GAS COMPANY.[1]

January 24, 1908.

Nos. 15,456—(202).

Action by the administrator of the estate of O. B. Gould, deceased, and another, in the district court for Winona county to recover $500 for the destruction of certain ornamental trees by reason of the negligent construction and maintenance of defendant's gas mains. The case was tried before Snow. J., and a jury which rendered a verdict in favor of plaintiffs for $200. From the judgment entered thereon, defendant appealed. Affirmed.

*Brown, Abbott & Somsen*, for appellant.

*William Codman* and *Webber & Lees*, for respondents.

PER CURIAM.

This cause was before us on a former appeal (100 Minn. 258, 111 N. W. 254, 10 L. R. A. [N. S.] 889), where the legal rights of the parties were establish-

[1] Reported in 114 N. W. 654.

ed. The cause was remanded and tried a second time, resulting in a verdict for plaintiffs for $200. Judgment was entered thereon, and defendant appealed.

A careful examination of the record discloses no reversible error. No assignment presents any question requiring extended discussion, and we affirm the judgment, with the statement that the record has been fully examined, with the result that no substantial error is shown.

Judgment affirmed.